# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D16-3206

_____

SANTI E. BARNES,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Duval County.
Russell L. Healey, Judge.

February 6, 2018

PER CURIAM.

   AFFIRMED.

B.L. THOMAS, C.J., and WOLF and ROBERTS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Rick A. Sichta, Susanne K. Sichta, and Joe S. Hamrick of The
Sichta Law Firm, LLC, Jacksonville, for Appellant.

Pamela Jo Bondi, Attorney General, and Julian E Markham, Assistant Attorney General, Tallahassee, for Appellee.